### UNITED STATES DISTRICT COURT

### DISTRICT OF MINNESOTA

Leonard J. Richards,                                          Civil File No. 06-3788 (PAM/AJB)

      Plaintiff,

    v.                                              **Order on Motion to Remand**

Francis Windschitl, et. al.,

      Defendants.


    Based upon Report and Recommendation by United States Magistrate Judge dated March 8, 2007, and no objections having been filed to said recommendation, **IT IS HEREBY ORDERED** that plaintiff's motion to remand [Docket No. 22] is granted and that this matter is remanded to Rice County District Court, State of Minnesota for further proceedings. Plaintiff's concurrent motion to strike certain filings and motion to correct the docket heading are denied as moot.


Dated: March 27, 2007

                        s/ Paul A. Magnuson
                        Paul M. Magnuson, Judge
                        United States District Court